1 THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
2 *A Professional Law Corporation*
2806 Van Ness Avenue
3 San Francisco, CA 94109
Telephone:   415/674-8600
4 Facsimile:    415/674-9900

5 Attorneys for Plaintiffs
BYRON CHAPMAN
6 and DISABILITY RIGHTS,
ENFORCEMENT, EDUCATION,
7 SERVICES: HELPING YOU
HELP OTHERS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BYRON CHAPMAN, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>SUBWAY SALADS AND SANDWICHES #14054; MARY DELOUIZE, successor co-trustee of THE CLARETTA C. TRIGUERIO TRUST; and SHIVANI AGGARWAL<br><br>    Defendants. | **CASE NO. 2:07-CV-01564-FCD-EFB**<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFFS LEAVE TO AMEND THE COMPLAINT** |

   IT IS HEREBY STIPULATED by the parties hereto that plaintiffs may file the [Proposed] Second Amended Complaint lodged herewith.

   As a result of information received from defendant MARY DELOUIZE, successor co-trustee of THE CLARETTA C. TRIGUERIO TRUST,  plaintiffs are informed and believe that THEREZA COUGHRAN and ELIZABETH MORELL, are the current successor co-trustees of THE CLARETTA C. TRIGUERIO TRUST,  and accordingly are proper defendants to this action.  Plaintiffs'[Proposed] Second Amended Complaint therefore adds THEREZA

**STIPULATION AND ORDER** GRANTING PLAINTIFFS LEAVE TO AMEND THE COMPLAINT        1

COUGHRAN and ELIZABETH MORELL, as successor co-trustees of THE CLARETTA C. TRIGUERIO TRUST as a defendants to this action.

    IT IS FURTHER STIPULATED that this stipulation may be signed in counterparts and sent by facsimile with the same force and effect of an original signature.

IT IS SO STIPULATED.

Dated: February 22, 2008    THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By:     /s/
    Thomas E. Frankovich
Attorneys for Plaintiffs BYRON CHAPMAN and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS

Dated: February 12, 2008    WEINTRAUB GENSHLEA CHEDIAK

By:     /s/
    Lizbeth V. West
Attorneys for Defendant MARY DELOUIZE, successor co-trustee of THE CLARETTA C. TRIGUERIO TRUST

Dated: February 15, 2008    PRO PER

By:     /s/
    Shivani Aggarwal
Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED that plaintiffs may file the Second Amended Complaint lodged herewith.

Dated: February 25, 2008    _____
    FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER** GRANTING PLAINTIFFS LEAVE TO AMEND THE COMPLAINT    2