Shane Singh, Bar No. 202733
KRING & CHUNG, LLP
2620 J Street, # 1
Sacramento, CA 95816-4381
Telephone: (916) 266-9000
Facsimile: (916) 266-9001

Attorneys for Defendants
Amit Kedia, Shivani Aggarwal, and Subway Salads
and Sandwiches #14054

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California, <br><br>Plaintiffs, <br>vs. <br><br>SUBWAY SALADS AND SANDWICHES #14054; VIRGINIA BOYD HALE and MARY DELOUIZE; successor co-trustees of THE CLARETTA C. TRIGUERIO TRUST; SHIVANI AGGARWAL, <br><br>Defendants. | Case No. 2:07-cv-01564-FCD-EFB <br><br>**ORDER ON STIPULATION** |

Pursuant to the Stipulation of the Parties, the Default entered against Defendant Shivani Aggarwal (Docket No. 26) is hereby Ordered set aside. Further, Defendant Aggarwal, Defendant Amit Kedia and Defendant Subway Salads and Sandwiches #14054 shall file an Answer to Plaintiff Byron Chapman's Complaint within 10 days of this Order.

**IT IS SO ORDERED.**

Dated: December 11, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE



C:\windows\temp\notes101AA1\ORDER ON STIPULATION.doc